An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS EDWARD O'DONNELL A/K/A THOMAS WHITE A/K/A THOMAS BRADFORD A/K/A THOMAS BRADSHAW A/K/A CHARLIE NAGEL O'DONNELL D/B/A APPLE CAPITAL, INC.; AND APPLE CAPITAL INVESTMENT FUND, INC. D/B/A APPLE CAPITAL FUND,
Appellants,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62496

FILED

SEP 2 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL AND GRANTING MOTION TO WITHDRAW AS COUNSEL

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of securities fraud. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Counsel further represents that, having been

13-28532

so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:   Hon. David B. Barker, District Judge
      Langford McLetchie LLC
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk
      Thomas O'Donnell

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order. Also, because no remittitur will issue and this matter is closed, we grant counsel's motion to withdraw. *See* RPC 1.16(b)(1).